UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

ROSENDO GARCIA NAVARRO,

    Petitioner,

v.

ISRAEL JACQUEZ,

    Respondent.

Case No. 3:23-cv-00976-MK

**JUDGMENT**

This action is DISMISSED, without prejudice.

Dated this 12th day of September, 2023.

    s/ Michael J. McShane
    MICHAEL J. MCSHANE
    United States District Judge